# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-1031V

| | |
|---|---|
| BILINDA ANDERSON,<br><br>　　　　　　　Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>　　　　　　　Respondent. | Chief Special Master Corcoran<br><br>Filed: February 12, 2021 |

### SCHEDULING ORDER - SPECIAL PROCESSING UNIT

　　A telephonic status conference was held on February 9, 2021. Maximillian Muller appeared on behalf of Petitioner, and Alexa Roggenkamp appeared on behalf of Respondent.

　　During the call, a brief procedural summary of this matter was given. It was noted that Respondent communicated his interest in pursuing settlement negotiations in October 2020. ECF No. 24. Since that time, Petitioner has filed status reports indicating that she is gathering documentation to support a demand and investigating the existence of a Medicaid lien. ECF Nos. 26-27. Despite this initial progress, Petitioner's counsel shared that he has been unable to get in contact with his client for quite some time. He further noted that, in an attempt to determine Petitioner's whereabouts, a private investigator will be hired.

　　Accordingly, Petitioner's counsel shall file a status report by **Monday, March 29, 2021** providing an update on locating Petitioner, obtaining Petitioner's records concerning the existence and amount of a Medicaid lien, and setting forth any progress made providing a demand to Respondent. If Petitioner's counsel is unable to locate Petitioner by this date, a status conference will be convened to discuss next steps.

　　Any questions about this order or about this case generally may be directed to OSM staff attorney **Reiko Suber at (202) 357-6378 or Reiko_Suber@cfc.uscourts.gov.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　**s/Brian H. Corcoran**
　　　　　　　　　　　　　　　　　　　　　　　　　　Brian H. Corcoran
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Special Master